# First District Court of Appeal
## State of Florida

_____

No. 1D19-0155

_____

JIMMIE CASEN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 5, 2019

PER CURIAM.

DISMISSED.

ROBERTS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jimmie Casen, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.